IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § | |
| | § | |
| Debtor | § | |
| | § | |
| PATRICK DAUGHTERTY | § | |
| Appellant | § | Case No. 3:25-CV-01901-S |
| | § | |
| v. | § | |
| | § | |
| HIGHLAND CAPITAL | § | |
| MANAGEMENT, L.P., ET AL. | § | |
| Appellees | § | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the following counsel from the law firm of Gray Reed & McGraw LLP hereby enters his appearance as additional counsel of record for Appellant Patrick Daughtery:

    William N. Drabble
    State Bar No. 24074154
    Email: wdrabble@grayreed.com

The address, telephone number, and facsimile number for Appellant's counsel are provided below.

Respectfully submitted,

GRAY REED

By: */s/ William N. Drabble*
    Jason S. Brookner
    Texas Bar No. 24033684
    Andrew K. York
    Texas Bar No. 24051554
    William N. Drabble
    Texas Bar No. 24074154
    Joshua D. Smeltzer
    Texas Bar No. 24113859
    Drake M. Rayshell
    Texas Bar No. 24118507

1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email:  jbrookner@grayreed.com
      dyork@grayreed.com
      wdrabble@grayreed.com
      jsmeltzer@grayreed.com
      drayshell@grayreed.com

*Attorneys for Appellant Patrick Daugherty*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was duly furnished to the following counsel of record through the electronic filing manager on this 25th day of July 2025.

*/s/ William N. Drabble*
William N. Drabble