Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
HAYWARD PLLC
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone/Fax: (972) 755-7100

*Counsel for Highland Capital Management, L.P.*
*and the Highland Claimant Trust*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | |
| PATRICK DAUGHERTY, | |
| Appellant, | |
| v. | Civil Case No. 3:25-cv-01901-K |
| HIGHLAND CAPITAL MANAGEMENT, L.P., et al., | |
| Appellees. | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND OTHER PAPERS

PLEASE TAKE NOTICE that Zachery Z. Annable of Hayward PLLC appears on behalf

of appellees Highland Capital Management, L.P. and the Highland Claimant Trust as local counsel

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

pursuant to Local Civil Rule 83.10. Any document or other information required to be served on counsel pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, this Court's Local Civil Rules, or applicable orders of this Court should be sent to:

> Hayward PLLC
> 10501 N. Central Expy, Ste. 106
> Dallas, Texas 75231
> Attn: Zachery Z. Annable
> Telephone/Facsimile: (972) 755-7100
> Email: ZAnnable@HaywardFirm.com

[*Remainder of Page Intentionally Blank*]

DATED: August 7, 2025

Respectfully submitted,

**HAYWARD PLLC**

By: */s/ Zachery Z. Annable*
    Melissa S. Hayward
    Texas Bar No. 24044908
    MHayward@HaywardFirm.com
    Zachery Z. Annable
    Texas Bar No. 24053075
    ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone/Fax: (972) 755-7100

**COUNSEL FOR HIGHLAND CAPITAL
MANAGEMENT, L.P. AND THE
HIGHLAND CLAIMANT TRUST**

## CERTIFICATE OF SERVICE

I hereby certify that, on August 7, 2025, a true and correct copy of the foregoing *Notice of Appearance* was served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this case.

*/s/ Zachery Z. Annable*
Zachery Z. Annable